### UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF VIRGINIA
(Harrisonburg Division)

CLERKS OFFICE US DISTRICT COURT
AT HARRISONBURG, VA
FILED

07/16/2025

LAURA A. AUSTIN, CLERK
BY: /s/ Amy Fansler
DEPUTY CLERK

**RANDOLPH-MACON ACADEMY,**

Plaintiff,

v.                                                      Civil Action No. 5:24-cv-37

**LOUIS MASSETT**,

Defendant.

## AGREED DISMISSAL ORDER

This day came the parties, by counsel, and advised the Court that all matters in dispute between them have been settled, and requested that the action be dismissed with prejudice.

Upon consideration of which, and it appearing proper to do so, it is hereby ORDERED that this matter is dismissed with prejudice, with each party to bear its own attorneys' fees and expenses.

IT IS SO ORDERED.

Entered: July 16, 2025.

*/s/ Elizabeth K. Dillon*

Elizabeth K. Dillon
Chief United States District Judge

**WE REQUEST ENTRY OF THIS ORDER:**

**/s/ Mark D. Loftis**
Mark D. Loftis, Esq. (VSB #30285)
mark.loftis@woodsrogers.com
J. Benjamin Rottenborn (VSB No. 84796)
ben.rottenborn@woodsrogers.com
**WOODS ROGERS VANDEVENTER BLACK PLC**
10 S. Jefferson Street, Suite 1800
Post Office Box 14125
Roanoke, VA  24038-4125
Telephone: (540) 983-7600
Facsimile: (540) 983-7711

F. Whitten Peters (*pro hac vice*)
wpeters@wc.com
Vidya A. Mirmira (*pro hac vice*)
vmirmira@wc.com
Juli Ann Lund (*pro hac vice*)
jlund@wc.com
**WILLIAMS & CONNOLLY LLP**
680 Maine Avenue SW
Washington, DC 20024
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

*Attorneys for Plaintiff Randolph-Macon Academy*


**/s/ E. Scott Lloyd**
E. Scott Lloyd
scott@lloydlg.com
**Lloyd Law Group, PLLC**
106 Chester Street, Suite 1
Front Royal, VA 22630
Telephone: (540) 823-1110
Facsimile: (540) 583-4279

*Attorney for Defendant Louis Massett*

4935-2729-0197, v. 1